IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00243-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE |
| | ) | FURTHER STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| EDWARD H. CHESTNUT, | ) | DATE:  August 26, 2021 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00243-KJN is GRANTED.

It is further ordered that the further status conference scheduled on August 26, 2021 is vacated.

IT IS SO ORDERED.

Dated:  August 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE